William A. BRADSHAW,
Plaintiff–Appellant,

v.

Nancy GINN, Work Release Coordinator; Officer Williams; Dr. Kolongo, Medical Officer; Roy W. Cherry, Superintendent; Mary Tarnowski, Medical Supervisor, Defendants–Appellees.

No. 02–7832.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 27, 2003.

William A. Bradshaw, Appellant Pro Se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William A. Bradshaw seeks to appeal the district court's order dismissing some claims and defendants from his action filed under 42 U.S.C. § 1983 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Bradshaw seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*